**John A. Schwimmer**, OSB No. 044097
SUSSMAN SHANK LLP
1000 SW Broadway, Suite 1400
Portland, OR  97205-3089
Telephone: (503) 227-1111
Facsimile: (503) 248-0130

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON
MEDFORD DIVISION

| | |
|---|---|
| **RUSSELL H. TODD**, in his capacity as personal representative for the Estate of Douglas H. Todd,<br><br>        Plaintiff,<br><br>v.<br><br>**METLIFE INSURANCE COMPANY USA**, a Delaware corporation,<br><br>        Defendant. | Case No. 1:15-cv-1323-CL<br><br>STIPULATION FOR VOLUNTARY DISMISSAL |

    Plaintiff Russell H. Todd, as personal representative for the Estate of Douglas H. Todd, and Defendant Metlife Insurance Company USA, by and through their respective counsel of record, do hereby agree and stipulate that, pursuant to FRCP 41(a) and the

///

///

///

///

PAGE 1 -    STIPULATION FOR VOLUNTARY DISMISSAL

settlement agreement between the parties, this case shall be, and hereby is, dismissed with prejudice.  All parties shall bear their own attorneys' fees and costs.

Dated this 4th day of October, 2016.

| SUSSMAN SHANK LLP | LANE POWELL PC |
|---|---|
| By: /s/ John A. Schwimmer<br>John A. Schwimmer, OSB #044097<br>Attorneys for Plaintiff | By /s/ Cozette Tran-Caffee<br>Cozette Tran-Caffee, OSB No. 125662<br>Attorneys for Defendant |

PAGE 2 -    STIPULATION FOR VOLUNTARY DISMISSAL